UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MACY ALEXIS PEDREGON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-555 |
| | § | |
| FIRST AMERICAN HOME BUYERS | § | |
| PROTECTION CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Stipulation of Dismissal with Prejudice filed jointly by Plaintiff Macy Alexis Pedregon and Defendant First American Home Buyers Protection Corporation is hereby GRANTED. It is therefore

ORDERED, ADJUDGED, AND DECREED that the above-captioned cause of action is DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

SIGNED at Houston, Texas, this 28th day of February, 2014.

_____
George C. Hanks Jr.
United States Magistrate Judge